# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:08CR00015 |
| v. ) | **ORDER** |
| ) | |
| **KENNETH RAY STEVENS,** ) | By: James P. Jones |
| ) | United States District Judge |
| Defendant. ) | |

For the reasons set forth in the Opinion accompanying this Final Order, the Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 is DENIED. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a Certificate of Appealability is DENIED.

It is so **ORDERED**.

ENTER: September 28, 2011

/s/ James P. Jones
United States District Judge